**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7694

MARLON BRAMWELL,

Plaintiff - Appellant,

versus

FEDERAL PRISON INDUSTRIES,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (CA-05-460-7; CA-03-2065)

Submitted: January 19, 2006        Decided:  January 26, 2006

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marlon Bramwell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marlon Bramwell appeals the district court's orders dismissing his petition filed pursuant to 28 U.S.C. § 2241 (2000), which the district court construed as a complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and dismissed under 28 U.S.C. § 1915A(b) (2000), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bramwell v. Fed. Prison Indus., Nos. CA-05-460-7; CA-03-2065 (W.D. Va. July 19 & Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED